**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Eugene Mauer, | ) No. CV 11-8029-PCT-RCB (JRI) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Mohave County Sheriff, et al., | ) |
| Defendants. | ) |

On April 20, 2011, Plaintiff filed a Motion for Appointment of Counsel which the Court denied, without prejudice, in an April 27, 2011 Order. On April 28, 2011, Plaintiff filed a new Motion for Appointment of Counsel (Doc. 13). He presents nothing novel in the current Motion, and, therefore, the Court will deny it for the same reasons the Court denied the first motion. Those reasons, fully discussed in the April 27th Order, will not be reiterated here.

**IT IS ORDERED** that Plaintiff's April 28, 2011 Motion for Appointment of Counsel (Doc. 13) is **denied without prejudice**.

DATED this 2nd day of May, 2011.

Robert C. Broomfield
Senior United States District Judge